IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BOWMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-797 |
| | : | |
| ST. LUKE'S QUAKERTOWN HOSPITAL,: | | |
| Defendant. | : | |

# O R D E R

**AND NOW,** this 13th day of December 2012, upon consideration of Defendant's Motion to Dismiss (Doc. No. 9), Plaintiff's Response thereto (Doc. No. 12), Defendant's Reply (Doc. No. 15), and Plaintiff's Surreply (Doc. No 22), **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as to Plaintiff's claims for failure to accommodate and failure to engage in the interactive process contained in Counts I and II;

2. The Motion is **DENIED** as to all other claims contained in the Complaint;

3. Per my Order dated May 7, 2012, the parties shall complete discovery on or before **Thursday, March 14, 2013**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.